

Wilson Sonsini Goodrich & Rosati
Professional Corporation

Ariel Jeong

1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022

o: 212.999.5800

ajeong@wsgr.com

July 31, 2024

**VIA CM/ECF**

Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Hines v. Palikaras, et al. (Meta Materials Derivative Litigation)*
            No. 1:22-cv-00248-NCM-JRC

Dear Judge Cho:

    On behalf of both Defendants and Plaintiffs in the above-referenced action, this letter provides the Court with a status update, as required by the Court's June 17, 2024 Order.

    With the Court having entered a final order and judgment on May 22, 2024, approving the settlement in the related securities class action captioned *In re Meta Materials, Inc. Securities Litigation*, Case No. 21-cv-07203-JRC, the parties in this shareholder derivative action are engaged in settlement negotiations. The parties jointly request that the Court set a deadline of August 30, 2024, to provide a further status report to the Court as to the status of those negotiations.

                        Sincerely,

                        WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation

                        /s/ *Ariel Jeong*

                        Ariel Jeong

cc: All counsel of record (via CM/ECF)